UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK BURGESS, RHONDA JOHNSON, LARRY LOPEZ, HOLGER MEYER, and ALAN B. MUNNS, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>HP INC., FIDELITY MANAGEMENT TRUST COMPANY, and UNITED AIRLINES, INC.,<br><br>    Defendants. | Civil Action No. 17-10207-DJC |

## STIPULATION TO STAY PROCEEDINGS

Plaintiffs Mark Burgess, Rhonda Johnson, Larry Lopez, Holger Meyer, and Alan B. Munns, individually, and on behalf of all others similarly situated ("Plaintiffs"), and Defendants HP Inc., Fidelity Management Trust Company, and United Airlines, Inc. ("Defendants"), hereby stipulate as follows:

1. On August 18, 2016, Plaintiffs filed their Complaint against Defendants in the United States District Court for the Northern District of California.

2. On November 2, 2016, Defendants filed their Motions to Dismiss [ECF Nos. 28, 32, 36].

3. On November 2, 2016, Defendant Fidelity Management Trust Company filed a Motion to Transfer Venue, to which all Defendants joined.

4. On February 3, 2017, Judge Lucy H. Koh granted the Motion to Transfer Venue, ordering the case be transferred to the District of Massachusetts.

5. On February 7, 2017, the case was transferred and the above-captioned action was docketed in this Court.

6. The Defendants' Motions to Dismiss are fully briefed and remain pending.

7. In light of the recent transfer, the parties have agreed to a temporary stay of proceedings of 60 days.

WHEREFORE, the parties respectfully request that this Court refrain from ruling on the pending motions or from taking further action with respect to this matter, and stay the above-captioned proceeding for a period of 60 days.

Dated: March 24, 2017

/s/ Mark T. Johnson
Mark T. Johnson (*pro hac vice*)
Schneider Wallace Cottrell
    Konecky Wotkyns LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel.: (415) 421-7100
Fax: (415) 421-7105
mjohnson@schneiderwallace.com

*Counsel for Plaintiffs*

/s/ Nicole Diller
Nicole Diller (*pro hac vice*)
Morgan Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel.: (415) 442-1000
Fax: (415) 442-1001
Nicole.diller@morganlewis.com

*Counsel for HP Inc.*

/s/ Alison V. Douglass
Alison V. Douglass (BBO# 646861)
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231
adouglass@goodwinlaw.com

*Counsel for Fidelity Management Trust Company*

/s/ James M. Hlawek
James M. Hlawek (BBO# 663920)
Seyfarth Shaw
World Trade Center East, Suite 300
Two Seaport Lane
Boston, MA 02210
Tel.: (617) 946-4895
Fax: (617) 790-5351
jhlawek@seyfarth.com

*Counsel for United Airlines Inc.*

SO ORDERED this ____ day of _____, 2017

                                            _____
                                            Hon. Denise J. Casper

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Stipulation to Stay Proceedings was filed through the CM/ECF system and electronic notice will be sent to registered participants as indicated on the Notice of Electronic Filing (NEF), and paper copies will be sent to nonregistered participants on March 24, 2017.

/s/ Alison V. Douglass