UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK BURGESS, RHONDA JOHNSON, LARRY LOPEZ, HOLGER MEYER, and ALAN B. MUNNS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HP INC., FIDELITY MANAGEMENT TRUST COMPANY, and UNITED AIRLINES, INC.,<br><br>Defendants. | Civil Action No. 17-10207-DJC |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs Mark Burgess, Rhonda Johnson, Larry Lopez, Holger Meyer, and Alan B. Munns hereby dismiss with prejudice their claims against Defendants HP, Inc., Fidelity Management Trust Company, and United Airlines, Inc. in the above-captioned matter, by filing this Notice of Dismissal prior to Defendant's service of an answer or a motion for summary judgment in this action.

Dated: June 7, 2017

Respectfully submitted

/s/ *Mark T. Johnson*
Kyle G. Bates
Mark T. Johnson (*pro hac vice*)
Jason H. Kim (*pro hac vice*)
Todd Schneider (*pro hac vice*)
Schneider Wallace Cottrell
Konecky Wotkyns LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel.: (415) 421-7100
Fax: (415) 421-7105

                                        Garrett W. Wotkyns (*pro hac vice*)
                                        Michael C. Mckay (*pro hac vice*)
                                        John J. Nestico (*pro hac vice*)
                                        Garrett W. Wotkyns (*pro hac vice*)
                                        8501 North Scottsdale Road
                                        Suite 270
                                        Scottsdale, AZ 85253
                                        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was filed through the CM/ECF system and electronic notice will be sent to registered participants as indicated on the Notice of Electronic Filing (NEF), and paper copies will be sent to nonregistered participants on June 7, 2017.

                                        /s/ *Mark T. Johnson*